IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA DEPARTMENT OF VETERANS AFFAIRS, | ) ) ) | |
| Plaintiff, | ) ) | 4:09CV3240 |
| vs. | ) ) | ORDER |
| RICKY E. ROHR and UNKNOWN SPOUSE OF RICKY E. ROHR | ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the Suggestion in Bankruptcy (Filing No. 24). The government filed the suggestion based on the Chapter 13 bankruptcy filing on July 2, 2010, by the defendant Ricky E. Rohr. The filing was made in the District of Nebraska and is designated BK10-42095. Upon consideration,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 5th day of August, 2010.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge